UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22564-Civ-SCOLA

IRIS GARCIA,

    Plaintiff,

vs.

WINDSTREAM COMMUNICATIONS, INC.,

    Defendant.
_____/

### ORDER PROVIDING INSTRUCTIONS TO *PRO SE* LITIGANT AND ORDER REQUIRING PLAINTIFF TO PROVIDE UPDATED CONTACT INFORMATION

    THIS MATTER is before the Court upon an independent review of the record. *Pro se* litigants (*i.e.*, parties not represented by counsel), like all litigants, must comply with the rules of civil procedure and the Court's orders. Accordingly, it is **ORDERED** that Plaintiff, Iris Garcia, a *pro se* litigant, shall comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida,[1] as well as this Court's Orders, including the Amended Scheduling Order (ECF No. 21).[2] Failure to comply with the federal, local rules or with this Court's orders may result in sanctions being imposed against *pro se* litigants, up to and including the possible dismissal of this action. Some of the requirements of these rules are as follows:

    1. Every pleading, motion, memorandum, or other paper required and/or permitted to be filed with the Court must be filed directly with the Clerk of the Court. No letters, pleadings, motions, or other documents may be sent directly to the District Judge or Magistrate Judge's chambers. Any papers improperly delivered directly to chambers will be returned and disregarded by the Court.

    2. All papers filed must include the case style, case number, and appropriate title in the format required by the Local Rules. *See Sample Form Following Local Rule 5.1*. The signature

---

[1] The Federal and Local Rules may be accessed from the Clerk of the Court's website, available at: http://www.flsd.uscourts.gov.

[2] The court docket for this case can be accessed through the PACER service, available at www.pacer.gov.

block of each pleading must also contain the *pro se* litigant's name, address, and telephone number.

3. All papers filed with the Clerk of Court must also be served on the opposing counsel, or the opposing side if the opposing side is not represented by counsel. Each filing must include a certificate of service indicating the name and address of the attorney served.

4. Litigants must promptly notify the Court of any change in address by filing a "Notice of Change of Address," which also must be served on opposing counsel.

5. A *pro se* litigant who wishes to oppose a motion must respond in writing within the time periods provided by the rules of procedure.

6. Any litigant and his or her family, friends, or acquaintances may not call the Judge's chambers for legal advice about the case. Brief case status information contained on the docket sheet may be available from the Clerk of Court.

7. A *pro se* litigant bears responsibility for actively pursuing his or her case and must obtain any essential discovery, file all necessary pleadings and motions, comply with all scheduling orders, and prepare the case for trial.

It is **FURTHER ORDERED** that the Plaintiff, Iris Garcia, shall file, on or before February 7, 2012, with the Clerk of the Court a "Notice of *Pro Se* Appearance" stating an address and e-mail address where notices or other papers may served on her, and a telephone number on which she may be reached. If, at any time, Ms. Garcia retains new counsel, her new attorney shall file a Notice of Appearance.

**DONE and ORDERED** in chambers, at Miami, Florida, on January 27, 2012.

ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record

Iris Garcia, *pro se*
15565 S.W. 138 Terrace
Miami, FL 33186
garcia.iris@yahoo.com