UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22564-Civ-SCOLA

IRIS GARCIA,

    Plaintiff,
vs.

WINDSTREAM COMMUNICATIONS, INC.,

    Defendant.
_____/

## ORDER RE-SETTING STATUS CONFERENCE

THIS MATTER is before the Court upon an independent review of the record. The Defendant's Motion to Dismiss (ECF No. 22) is pending, and the Plaintiff has not filed any response to this Motion. It is **ORDERED** that this matter is set for a status conference at the Wilkie D. Ferguson, Jr. Federal Courthouse, 400 N. Miami Avenue, Courtroom 12-3, Miami, Florida 33128 on **February 17, 2012 at 11:00 a.m.** All parties shall be present for this hearing, and should be prepared to argue the merits of the Defendant's Motion to Dismiss.

**DONE and ORDERED** in chambers, at Miami, Florida, on January 31, 2012.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record

Iris Garcia, *pro se*
15565 S.W. 138 Terrace
Miami, FL 33186
garcia.iris@yahoo.com