United States District Court
Southern District of Florida

Case No.: 11-CV-22564-MORENO

Iris Garcia vs. Windstream Communications, Inc.

January 31, 2012

Judge Robert Scola
400 North Miami Avenue
Room 13-3
Miami, FL 33128

Judge Scola:

I yesterday I received a notification from David DeMaio that I would like to clarify because his information is not correct and accurate:

1. Via email is not a way to communicate with me because it is not working properly. This is the problem I had with prior counsel that he will not pick up the phone and call me or mail me the information. Today I am still waiting for his phone call to pick documents I gave him pertaining to this case. Not sure what type of strategy they are or were playing however it is not fair to me. If this is the case then it also explains that they were not communicating properly because I told ex-council many times not to email me anything since about September 2010. Then, Mr. DeMaio should know that email doesn't work and not a way to communicate with me.

2. I left Mr. DeMaio two messages last week, and he has not returned my phone calls. So not sure why he is saying that he has not heard back. This is really concerning because imagine how he is handling the rest of the case.

3. Not sure what phone number Mr. DeMaio is using, because the only phone number I have is 786-712-5226. I noticed he has the wrong phone number in his documentation as well as the wrong zip code.

4. I can not close a "Joint Interim Status Report" because I don't know what it is and what would be the consequences.

5. Finally, I have been trying to get an answer to my original complaint since it was filed, however I never got an answer and to my understanding he had 30 days to answer. Also, I requested from ex-counsel to start taking depositions since Oct. 2011. and I don't know why he never started. And regarding taking my depositions I gave dates and I never heard back. Then, one time I was told like 2 days before which I was not able to make it so I called Mr. Demaio myself and left a message as well as the mediator.

6. I have been able to communicate with your office and I do answer the phone calls.

Sincerely,

*[signature]*

See Attachment

Iris Garcia
786-712-5226
15565 SW 138th Terrace
Miami, FL 33196

11/30/11

Mr. Harris,

For about a week now I have waiting for your phone call to pick up the money, documents and release you from representing me.

I left a message with your assistant to call me, and not to mail anything or email, since as you know now for several weeks my email is not working.

Thanks,
Iris Garcia
786-712-5226

*Fax Sent to Ex-Council*