UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22564-Civ-SCOLA

IRIS GARCIA,

    Plaintiff,

vs.

WINDSTREAM COMMUNICATIONS, INC.,

    Defendant.
_____/

## ORDER FOLLOWING STATUS CONFERENCE

THIS MATTER is before the Court following a Status Conference on February 17, 2012, and a hearing on the Defendant's pending Motion to Dismiss. Having reviewed the record, and heard the parties, it is **ORDERED and ADJUDGED** as follows:

1. On Tuesday, **February 21, 2012 at 1:00 p.m.** the Plaintiff, Iris Garcia, *pro se*, shall pick up her complete file from The Harris Law Firm Group, P.A., 777 Brickell Avenue, Suite 1114, Miami, FL 33131. By this Order, the Harris Law Firm Group, P.A. shall provide the complete file to the Plaintiff at that time, or shall file a written response to the Court explaining why she is not entitled to the file.

2. On, or before, **February 27, 2012** the Plaintiff shall provide her answers to the Defendant's interrogatories, her responses to the Defendant's request for production, and her Rule 26(a) initial disclosures. The Defendant has agreed to provide, via e-mail, a copy of their interrogatories, request for production, and answer to the complaint, as well as a copy of Federal Rule of Civil Procedure 26(a).

3. The Court defers ruling on the Motion to Dismiss until February 28, 2012. If the Plaintiff complies with this Order the Court will deny the Motion to Dismiss. If the Plaintiff fails to comply with this Order, the Court will grant the Motion to Dismiss.

4. If the late production of discovery causes a need for the discovery deadlines to be extended the Court will entertain a motion seeking such relief.

**DONE and ORDERED** in chambers, at Miami, Florida, on February 17, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Iris Garcia, *pro se*
Iris_sensual @gmail.com

The Harris Law Group, P.A.
Robert@harrislawinfo.com
305-536-6163 (facsimile)